IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WAYNE LADELL TAYLOR, JR.                                                                     PETITIONER
*ADC # 151240*

V.                     CASE NO. 5:16-CV-00219-JM-JTK

WENDY KELLEY, Director                                                     RESPONDENT
Arkansas Department of Correction

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. A certificate of appealability will not issue.

SO ORDERED this 12th day of March, 2018.

                                                                                UNITED STATES DISTRICT JUDGE